B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Repass, Shannon Renee | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>4169 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3227 W Beach Ave 2 FL<br>Chicago IL<br>ZIP CODE 60651 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

---
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED OCT 16 2013 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS KENNETH S. GARDNER, CLERK AJ

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Shannon Renee Repass |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Shannon Renee Repass |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _[signature]_<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>407-437-5904<br>Telephone Number (if not represented by attorney)<br>10/14/13<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>X _____<br>(Signature of Foreign Representative)<br>_____<br>(Printed Name of Foreign Representative)<br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br>_____<br>Printed Name of Attorney for Debtor(s)<br>_____<br>Firm Name<br>_____<br>Address<br>_____<br>Telephone Number<br>_____<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | _____<br>Address<br>X _____<br>Signature<br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re SHANNON R REPASS          Case No._____
        Debtor                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                        Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _Shannon [signature]_
Date: 10/14/13

# CREDITOR LIST

| Creditor | Amount | Phone | Creditor | Amount | Phone |
|---|---|---|---|---|---|
| WFFFINANCE<br>800 WALNUT ST<br>DES MOINES IA 50309 | $ 181,605.00 | 800-346-3009 | CHASE/BANK ONE CARD SERV<br>PO BOX 15298<br>WILMINGTON DE 19850 | $ 2,329.00 | 800-955-9900 |
| AMERICAN RECOVERY SYSTEMS<br>3577 CARDINAL POINT DR<br>JACKSONVILLE FL 32257 | $ 2,075.00 | 904-731-8775 | CHASE/BANK ONE CARD SERV<br>PO BOX 15298<br>WILMINGTON DE 19850 | $ 772.00 | 800-955-9900 |
| APPLIED BANK<br>601 DELAWARE AVE<br>WILMINGTON DE 19801 | $ 2,841.00 | UNKNOWN | DIRECT LOAN SVC SYSTEM<br>PO BOX 5609<br>GREENVILLE TX 75403 | $ 14,279.00 | 800-848-0979 |
| ASSET ACCEPTANCE LLC<br>PO BOX 1630<br>WARREN MI 48090 | $ 1,648.00 | 800-614-4730 | DSNB/MACYS<br>PO BOX 8218<br>MASON OH 45040 | $ 1,071.00 | 800-243-6552 |
| CAPITAL ONE<br>PO BOX 85520<br>RICHMOND VA 23285 | $ 500.00 | UNKNOWN | FIRST NATIONAL CREDIT CA<br>500 E 60TH ST N<br>SIOUX FALLS SD 57104 | $ 475.00 | 888-883-9824 |
| CCS/FIRST NATIONAL BANK<br>500 E 60TH ST N<br>SIOUX FALLS SD 57104 | $ 475.00 | 888-883-9824 | HSBC BANK<br>PO BOX 30253<br>SALT LAKE CITY UT 84130 | $ 1,045.00 | 800-695-6950 |
| CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850 | $ 2,329.00 | 800-955-9900 | HSBC BANK<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | $ 1,175.00 | 800-695-6950 |
| CONCORD MANAGEMENT<br>15510 SANDSPUR ROAD<br>MAITLAND FL 32794 | $ 6,923.00 | 407-741-8500 | HSBC BEST BUY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130 | $ 1,994.00 | 800-695-6950 |
| CREDIT PROTECTION ASSOC<br>13355 NOEL RD STE 2100<br>DALLAS TX 75240 | $ 732.00 | 972-233-9614 | LVNV FUNDING LLC<br>625 PILOT RD STE 2/3<br>LAS VEGAS NV 89113 | $ 682.00 | 866-464-1183 |
| GECRB/OLD NAVY<br>PO BOX 965005<br>ORLANDO FL 32896 | $ 634.00 | 877-222-6868 | LVNV FUNDING LLC<br>625 PILOT RD STE 2/3<br>LAS VEGAS NV 89113 | $ 840.00 | 866-464-1183 |
| LANE BRYANT RETAIL/SOA<br>450 WINKS LN<br>BENSALEM PA 19020 | $ 410.00 | UNKNOWN | TD BANK NA<br>POB 400<br>FT PIERCE FL 34954 | $ 9,334.00 | 888-751-9000 |

| Creditor | Amount | Creditor | Amount |
|---|---|---|---|
| LVNV FUNDING LLC<br>PO BOX 10497 STE 110 MS 576<br>GREENVILLE SC 29603<br>866-461-1183 | $ 893.00 | CREDIT COLLECTION SERVICE<br>PO BOX 9134<br>NEEDHAM MA 02494-9134<br>603-570-4784 | $ 370.00 |
| LVNV FUNDING LLC<br>PO BOX 10497 STE 110 MS 576<br>GREENVILLE SC 29603<br>866-461-1183 | $ 1,016.00 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK VA 23502<br>800-772-1413 | $ 647.00 |
| MCYDSNB (MACY'S)<br>9111 DUKE BLVD<br>MASON OH 45040<br>800-243-6552 | $ 1,071.00 | SEATTLE SERVICE BUREAU<br>18912 NORTH PKWY STE 205<br>BOTHELL WA 98011<br>800-798-1674 | $ 574.00 |
| MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123<br>800-825-8131 | $ 2,617.00 | CHASE<br>2500 WESTFIELD DR<br>ELGIN IL 60124<br>800-356-0011 | $ 3,107.00 |
| MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123<br>800-825-8131 | $ 1,427.00 | LYDIA CLADEK<br>27 OLD MISSION AVE<br>ST AUGUSTINE FL 32084-3279 | $ 2,075.00<br>UNKNOWN |
| MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123<br>800-825-8131 | $ 1,403.00 | US DEPT OF EDUCATION<br>PO BOX 7202<br>UTICA NY 13504-7202 | $ 16,444.00<br>UNKNOWN |
| MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123<br>800-825-8131 | $ 3,244.00 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | $ 500.00 |
| PENN CREDIT CORPORATION<br>916 S 14TH ST<br>HARRISBURG PA 17104<br>717-238-7124 | $ 232.00 | CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM IL 60197<br>800-477-6000 | $ 505.00 |
| SHAFRITZ AND BRATEN PA<br>551 SE 8TH ST 4TH FLOOR<br>DELRAY BEACH FL 33483<br>561-276-3421 | $ 1,728.00 | CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM IL 60197<br>800-477-6000 | $ 563.00 |
| SOUTHERN MANAGEMENT<br>PO BOX 149966<br>ORLANDO FL 32814<br>407-895-7100 | $ 5,148.00 | CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253<br>800-695-6950 | $ 1,994.00 |
| STELLAR RECOVERY INC<br>4500 SALISBURY RD STE 10<br>JACKSONVILLE FL 32216<br>888-638-6775 | $ 1,435.00 | LB RETAIL<br>450 WINKS LN<br>BENSALEM PA 19020 | $ 646.00<br>UNKNOWN |
| TD BANK/RIVERSIDE NATIONAL<br>2810 S FEDERAL HWY<br>FORT PIERCE FL 34982<br>772-595-6601 | $ 9,806.00 | STELLAR RECOVERY INC<br>1845 US HUGHWAY 93 S<br>KALISPELL MT 59901-5721<br>406-755-9522 | $ 1,435.00 |

| | | | |
|---|---|---|---|
| US DEPT ED/GSL/ATL<br>PO BOX 4222<br>IOWA CITY IA  52244 | $  16,498.00<br><br>UNKNOWN | LAW OFFICES OF CRYSTAL MOR<br>17 SQUADRON BLVD<br>NEW CITY, NY  10956-5214 | $  273.00<br><br>877-437-9640 |
| COMENITY BANK/LANE BRYANT<br>PO BOX 182789<br>COLUMBUS OH  43218 | $  416.00<br><br>UNKNOWN | LAW OFFICES OF CRYSTAL MOR<br>17 SQUADRON BLVD<br>NEW CITY, NY  10956-5214 | $  287.00<br><br>877-437-9640 |
| CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS NV  89193 | $  682.00<br><br>702-269-1000 | NATIONAL SERVICE BUREAU INC<br>18820 AURORA AVE N STE 205<br>SHORELINE WA  98133-3900 | $  461.00<br><br>800-798-1674 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL  60197 | N/A<br><br>800-477-6000 | CAPITAL ONE BANK NA<br>PO BOX 30281<br>SALT LAKE CITY UT  84130 | $  911.00<br><br>800-258-9319 |
| HSBC NV<br>PO BOX 5253<br>CAROL STREAM IL  60197 | N/A<br><br>800-379-7999 | OPTIMIZE FINANCIAL<br>co THE LAW OFFICES OF BRIAN S GLASS PC<br>PO BOX 59440<br>CHICAGO IL  60659 | $  2,085.00<br><br><br>866-993-0995 |
| HSBC/BSBUY<br>PO BOX 5253<br>CAROL STREAM IL  60197 | $  1,994.00<br><br>800-695-6950 | WELLS FARGO<br>SUP RE SVC GRPMACN0008010<br>4143 121 ST ST<br>URBANDALE IA  50323 | $ 181,605.00<br><br><br>877-401-5414 |
| SALLIE MAE<br>11100 USA PKWY<br>FISHERS IN  4637 | $  12,384.00<br><br>888-272-5543 | | |
| US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX  75403 | NOT REPORTED<br><br>800-848-0979 | | |
| COMENITY BANK/AVENUE<br>PO BOX 182789<br>COLUMBUS OH  43218 | $  1,161.00<br><br>UNKNOWN | | |
| COMENITY BANK/LANE BRYANT<br>4590 E BROAD ST<br>COLUMBUS OH  43213 | $  646.00<br><br>UNKNOWN | | |
| ISAC<br>1755 LAKE COOK RD<br>DEERFIELD IL  60015 | $  11,526.00<br><br>847-948-8500 | | |